```
           IN THE UNITED STATES DISTRICT COURT
          FOR THE SOUTHERN DISTRICT OF ALABAMA
                     SOUTHERN DIVISION
```

```
AVA MOORE,                       :
                                 :
     Plaintiff,                  :
                                 :
v.                               :     CIVIL ACTION 05-0706-M
                                 :
JO ANNE B. BARNHART,             :
Commissioner of                  :
Social Security,                 :
                                 :
     Defendant.                  :
```

<u>JUDGMENT</u>

It is **ORDERED**, **ADJUDGED**, and **DECREED** that JUDGMENT be entered in favor of Plaintiff Ava Moore and against Defendant Jo Anne B. Barnhart.

DONE this 29th day of September, 2006.

```
                    s/BERT W. MILLING, JR.
                    UNITED STATES MAGISTRATE JUDGE
```